UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                            Case No. 8:15-cr-127-T-30AEP

JACQUELINE M. NUMATA

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture (Doc. 94), pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the following computer equipment:

a.      An Apple iPad (black), serial number   DMPMW9PCF4YF;

b.      An Apple iPad (white), serial number DMPJN71TF187; and

c.      An HTC AU provider cellular phone with SIM card, Serial Number SHTBC06190.

On December 15, 2016, the Court entered a Preliminary Order of Forfeiture for the computer equipment described above, pursuant to 18 U.S.C. § 2253.   Doc. 92.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the computer equipment on the official government website, www.forfeiture.gov, from December 22, 2016 through January 20, 2017.   Doc. 93. The publication gave notice to all third parties with a legal interest in the computer

equipment to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interests within 60 days of the first date of publication.   No third party has filed a petition or claimed an interest in the asset, and the time for filing such petition has expired.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 94) is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the computer equipment identified above is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the computer equipment is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 9th day of March, 2017.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE


Copies furnished to:
Counsel/Parties of Record

2